UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZABETH HARDISTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:13-cv-01598-DKL-WTL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

The Court, having made its entry on January 20, 2015, it is ADJUDGED that the final decision of the Commissioner denying the application for Disability Insurance Benefits and Supplemental Security Income disability benefits for Elizabeth Hardister based on her application filed on February 25, 2010, is **REVERSED AND REMANDED**. **SO ORDERED.**

Date: __1/21/2015__

_Denise K. LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jennifer Michelle Hess
PETIT & HESS
jenhessatty@aol.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov